Commonwealth *v.* Boyer, Appellant.

Sub-mitted September 10, 1973. *Philip M. Cullen* and *Richard C. Shay,* for appellant; *Michael H. Ranck,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Boyer, Appellant.

Submitted September 10, 1973. *Philip M. Cullen* and *Richard C. Shay,* for appellant; *Michael H. Ranck,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bready, Appellant.

Argued September 13, 1973. *Curtis Wright,* with him *Timoney, Knox, Avrigian & Hasson,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.